1  MICHELE BECKWITH
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants
7
8
9            IN THE UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA

11  VICTOR TIGAN, ET AL.,                       CASE NO. 2:25-CV-0927 JDP
12                      Plaintiffs,
                                                STIPULATION AND [PROPOSED] ORDER FOR
13               v.                             TEMPORARY STAY
14  KIKA SCOTT, ET AL.,
15                      Defendants.
16
17

18       The Defendants respectfully request to stay this case through November 3, 2025, and counsel for
19  Plaintiff does not oppose. In this case, Plaintiffs, Victor Tigan and Tatiana Tigan, allege that the U.S.
20  Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of their
21  asylum applications, which were filed in 2016. USCIS originally scheduled Plaintiffs' asylum interview
22  for July 15, 2025. At Plaintiffs' request, the interview was rescheduled for August 6, 2025. The parties
23  anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiffs'
24  applications, and USCIS anticipates it will do so within 120 days following the successful completion of
25  Plaintiffs' asylum interview.
26  ///
27  ///
28  ///

1

The parties therefore stipulate that this matter be stayed November 3, 2025.  The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated:  May 12, 2025　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: May 12, 2025　　　　　　　　　　　By:  /s/ REGINA JACOBSON
　　　　　　　　　　　　　　　　　　　　　　　REGINA JACOBSON
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   May 14, 2025　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE